```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 23229
  LISA R JONES
                                               CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

      Debtor
  SSN XXX-XX-2683

-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/11/07 .

   2.  The case was dismissed without confirmation, 02/22/2008.

-----------------------------------------------------------------------------
CREDITOR NAME                  CLASS        CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------------

      Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00          .00        .00          .00
PRINCIPAL PAID         .00         .00          .00        .00          .00
INTEREST PAID          .00         .00          .00        .00          .00
TOTAL PAID             .00         .00          .00        .00          .00
The Debtor's attorney, PRO SE DEBTOR                , was allowed $     .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $       .00 .




      Dated: 05/21/08               /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

PAGE   2
CASE NO. 07 B 23229 LISA R JONES